EDITH DORNBUSCH, Respondent, *v.* WILLIAM F. DORN-
BUSCH, Appellant.

*Husband and wife — loans — action by wife to recover money alleged to
have been loaned to husband.*

   *Dornbusch* v. *Dornbusch*, 220 App. Div. 759, affirmed.
   (Argued December 13, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered May 31, 1927, affirming a judgment in favor of
plaintiff entered upon a verdict.   The action, wife against
husband, was to recover money alleged to have been
loaned.   The answer denied the making of the alleged
loans and as a separate defense alleged that plaintiff had
turned over to defendant a sum of money for safekeeping
which he had repaid.

   *John H. Jackson* for appellant.
   *Benjamin Frindel* for respondent.

   Judgment affirmed, with costs; no opinion.
   Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.

---

JOSEPH WOLF, Appellant, *v.* THE STATE OF NEW YORK,
Respondent.

*State — claims — Statute of Limitations — claim properly dismissed
   for failure to file claim or notice of intention to file claim within six
   months after claim accrued.*

   *Wolf* v. *State of New York*, 219 App. Div. 584, affirmed.
   (Argued December 13, 1927; decided January 10, 1928.)

APPEAL from a judgment, entered January 20, 1927,
upon an order of the Appellate Division of the Supreme
Court in the third judicial department, reversing a judg-
ment in favor of plaintiff entered upon an award of the
Court of Claims and directing a dismissal of the claim on
the ground that plaintiff had failed to comply with section
15 of the Court of Claims Act providing that either the

written claim or written notice of intention to file a claim shall be filed with the clerk of the Court of Claims and the Attorney-General within six months after the claim accrued.

*Max Dorff* for appellant.

*Albert Ottinger, Attorney-General (James Gibson* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

FREDERICK W. WHITE, Respondent, *v.* CLARENCE M. BUSCH, Appellant.

*Contract — action to recover amount alleged to be due under pooling agreement.*

*White* v. *Busch*, 220 App. Div. 829, affirmed.
(Argued December 13, 1927; decided January 10, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover an amount alleged to be due and owing under a pooling agreement between two stockholders of a corporation whereby, it is alleged, they agreed to pool and divide *pro rata*, according to their investment, certain moneys due and owing to them.

*Isaac R. Oeland* for appellant.

*John J. Cunneen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.